6/1/21

Alaska Statehood Act, July 7, 1958, P.L. 85-508 H.R 799
Constitution of the State of Alaska, Article IV §3 / Common Law
At Alaska Third Judicial District - Court of Record

### SUIT NOTICE

Stern: Joachim - Sui Juris

vs

Anchorage Municipality, Anchorage Police Department, Walmart Stores, State of Alaska-De facto by AS 44.23.010 and Subordinates of AS 44.17.005

Cause of Action: Illegal Detainment, false arrest, Slander, libel, Harassment, Violation of Constitutional Rights by State employees under Color of Law Ref [3AN-20-935CR], unauthorized Practice of Law, Manifest Injustice

Relief Demanded: TBD, Criminal Charges be filed against all defendants as imposters of oath/office

May 23, 2021

By: Stern: Joachim
Stern: Joachim - Sui Juris
All Rights Reserved
Authorized Agent
Without Recourse
Without Prejudice
UCC 1-207\1-308\3-402

RECEIVED JUN 09 2021 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK

Glenn Joachim 3:21-cv-00130-JMK
[499725] 3:21-cv-00146-SLG
Goose Creek Correction
22301 W. Alsop rd.
Wasilla, AK 99623

United States District Court
District of Alaska
222 W. 7th Ave #4
Anchorage, Alaska 99513-7564